FOLEY
FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3540
bgfelder@foley.com EMAIL

CLIENT/MATTER NUMBER
096572-0131

MEMO ENDORSED

September 4, 2026

On consent, Defendant Wilmington Trust requests (1) adjournment of its obligation to answer or otherwise respond to the Complaint until 21 days after the Court decides the pending transfer motions, and (2) adjournment of the upcoming initial pretrial conference on 9/17/2026 until further notice.

The requests are granted.

Edgardo Ramos, U.S.D.J.
Dated: 9/8/2026
New York, New York

**VIA ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street, Room 619
New York, New York 10007
ChambersNYSDRamos@nysd.uscourts.gov

**Re:** Letter regarding Request to Extend Time to Answer or Otherwise Respond to Complaint and Postpone Initial Pretrial Conference; *Barnett U.S. Equity Fund LP v. Wilmington Trust, National Association, and UMB Bank, N.A.*, Civil Action No. 26-cv-06949

Dear Judge Ramos:

I represent Defendant Wilmington Trust, National Association ("Wilmington") in the above-captioned matter (the "Action") and write on behalf of Wilmington and co-defendant UMB Bank, N.A. ("UMB" and, with Wilmington, "Defendants"), and with the consent of Plaintiff Barnett U.S. Equity Fund LP's ("Plaintiff" and, together with Defendants, the "Parties").

The Parties respectfully request that the Court:

(a) extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint until twenty-one (21) days after the resolution of Defendants' motion to transfer the Action to the United States District Court for the Southern District of Texas, Corpus Christi Division (ECF Nos. 16–18, the "Transfer Motion") and Plaintiff's motion to remand the Action to the Commercial Division of the Supreme Court for the State of New York, New York County (ECF Nos. 19-20, the "Remand Motion" and, together with the Transfer Motion, the "Motions"); and

(b) adjourn *sine die* the upcoming initial pretrial conference scheduled for September 17, 2026 (ECF No. 9).

Defendants' current deadline to answer, move, or otherwise respond to the Complaint is September 21, 2026. This is Defendants' second request for an extension of that deadline.

FOLEY

FOLEY & LARDNER LLP



By way of background, Plaintiff initiated the Action by filing the complaint in the Supreme Court of the State of New York for New York County on July 14, 2026. Wilmington removed the Action on August 14, 2026. UMB then filed its joinder in that removal that same day. Defendants assert that this Court has jurisdiction over the Action under 28 U.S.C. § 1334(b).

On August 19, 2026, the Parties submitted an agreed-upon briefing schedule for the Motions, which the Court so-ordered that same day. (ECF Nos. 11–13.) Contemporaneously with this submission, Defendants submitted a letter motion with Plaintiff's consent requesting an extension of the deadline to answer, move, or otherwise respond to the Complaint from August 21, 2026 to September 21, 2026, which the Court granted on August 20. (ECF Nos. 10, 14.) Pursuant to the proposed briefing schedule, the Parties submitted their respective Motions on August 28, 2026. (ECF Nos. 17-20.) The Parties are scheduled to file opposition papers on or before September 18, 2026, and reply papers on or before October 2, 2026.

The Parties agree that adjourning Defendants' deadline to respond to the Complaint will promote the efficient prosecution of the Action. Defendants, ultimately, intend to move to dismiss Plaintiff's claims. However, the Parties are of the view that, because the outcomes of the transfer and remand motions will affect the form and substance of the respective briefs in support of Defendants' anticipated motions to dismiss, Defendants' time to answer or move should be deferred until the Motions are decided. *See Peroutka v. Yeti Coolers, LLC*, 2020 WL 1283148, at *2 (E.D.N.Y. Mar. 17, 2020) ("[I]f a court finds that transfer is appropriate, it should defer decision on any dispositive motions to allow the transferee court to consider the merits of the case."). For similar reasons, the Parties also agree that postponing the initial pretrial conference currently scheduled for September 17, 2026 until after the Motions are decided would preserve judicial efficiency and provide clarity regarding the future of the Action.

Therefore, with the consent of all Parties, I respectfully request that Your Honor (a) adjourn Defendants' obligation to answer or otherwise respond to the Complaint until twenty-one (21) days after Your Honor has decided the Motions and (b) adjourn *sine die* the upcoming September 17, 2026 initial pretrial conference.

Very truly yours,

*/s/ Barry G. Felder*

cc: All counsel of record via email, PACER